IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PACSEC3, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>MCAFEE, LLC,<br><br>*Defendant.* | § § § § § § § § § § § | Case No. 2:21-CV-0140-JRG-RSP<br>LEAD CASE |
| PACSEC3, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>*Defendant.* | § § § § § § § § § § § | Case No. 2:21-CV-0141-JRG-RSP<br>MEMBER CASE |

**ORDER**

Before the Court is Plaintiff PacSec3, LLC and Defendant Palo Alto Networks, Inc.'s ("PAN") Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") (Dkt. No. 39).

Having considered the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, it is **ORDERED** that all claims for relief that were asserted or could have asserted by PacSec3 against PAN in the above-captioned action are **DISMISSED WITH PREJUDICE** and all claims, defenses, and/or counterclaims for relief that were asserted or could have asserted by PAN against PacSec3 in the above-captioned action are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 18th day of November, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE